IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SENSOR ELECTRONIC TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOUSER ELECTRONICS, INC., <br><br> Defendant. | Civil Action No. 3:21-CV-00086-K |

### ORDER

Before the Court are Defendant's Opposed Motion to Stay and Brief in Support (the "Motion") (Doc. No. 45), Sensor Electronic Technology, Inc.'s Opposition to Defendant Mouser Electronics Inc.'s Motion to Stay and Brief in Support (the "Response") (Doc. No. 48), and Defendant's Reply in Support of Its Motion to Stay (the "Reply") (Doc. No. 55)." The Court has carefully considered the Motion, the Response, the Reply, and the relevant law.

The Court has considered the three factors used in determining the applicability of the customer-suit exception and finds that it applies to the current proceedings. *See Unicorn Glob., Inc. v. Golabs, Inc.*, No. 3:19-CV-00754-N-BT, 2020 WL 9076548, at *2 (N.D. Tex. Oct. 7, 2020) (Godbey, J.). Therefore, the Court **GRANTS** Defendant's Motion and **STAYS** these proceedings pending resolution of *Sensor Elec. Tech., Inc. v. Lite-On Tech. Corp.*, No. 6:21-CV-00322-ADA (W.D. Tex. April 2, 2021). The parties

are **ORDERED** to file a joint status report with the Court within ten (10) days of the conclusion of the related proceeding.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing the case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

**SO ORDERED.**

Signed January 19th, 2022.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

2